# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

UNITED STATES OF AMERICA
V.

LAVAR FAULKNER

Case Number: 4:08-CR00332-02-JMM
USM Number: 25294-009

**Date of Original Judgment:** October 13, 2009
(Or Date of Last Amended Judgment)

Leslie Borgognoni
Defendant's Attorney

Upon motion of  **X** the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.
**X** GRANTED and the defendant's previously imposed sentence of imprisonment of 50 months **is reduced to 34 months, which is TIME SERVED on November 1, 2011.**

## I. COURT DETERMINATION OF GUIDELINE RANGE

| | | | |
|---|---|---|---|
| Previous Offense Level (Before Departure/Variance/Rule 35): | 21 | Amended Offense Level: | 17 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 46 to 57 months | Amended Guideline Range: | 30 to 37 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X**  The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

The Order is effective immediately on November 1, 2011, if Congress does not override the United Sentencing Commission's determination that the new guidelines are retroactive. If Congress determines that the amendments are not retroactive, this Order will be void and vacated.

Except as provided above, all provisions of the judgment dated October 13, 2009 will remain in effect.

**IT IS SO ORDERED.**

Order Date: October 21, 2011

James M. Moody
United States District Judge

Effective Date (if delayed): November 1, 2011